UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR64-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| ANTWAINE LAMAR McCOY | ) | |

On November 22, 2004, Judge McKnight entered a preliminary order of forfeiture in this case pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts One and Three in the bill of indictment. In Count One, defendant was charged with conspiracy to possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. §841(a)(1) and §846.

On February 8, 15, and 22, 2005, the United States published in The Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

It is therefore ORDERED:

Pursuant to Rule 32.2(c)(2), the preliminary order is confirmed as final. All right, title, and interest in the following property has been forfeited to the United States for disposition according to law: the sums of $2,901.00 and $13,315.00 seized on or about January 22, 2003.

Signed: May 16, 2006

*Richard L. Voorhees*
Richard L. Voorhees
Chief United States District Judge