UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00064-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTWAINE LAMAR MCCOY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to the First Step Act (Doc. No. 86) and Addendum to the Motion (Doc. No. 87). Also before the Court is Defendant's pro se Request for Early Release (Doc. No. 85).

The Court hereby ORDERS the Government to respond to Defendant's motion, addendum, and request. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED

Signed: May 28, 2020

Frank D. Whitney
Chief United States District Judge

1

2